**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **ERNESTO, SIMPSON** | **25-11742** |
| **Debtor** | **Chapter 7** |

_____

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   Ernesto Simpson_____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and |
|---|---|
| **Plaintiff** | not in an adversary proceeding. |
| ☐ Defendant | x Debtor |
| ☐ Other (describe) | ☐ Creditor |
| | ☐ Trustee |
| | ☐ Other (describe) |

2. **Part 2: Identify the subject of this appeal**.

   Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   1. Order Dismissing Appeal Doc.25
   2. Order to Dismiss Appeal  Doc. 27

   2. State the date on which the judgment—or the appealable order or decree—was entered
      A. Unknown

      B.    Unknown

3. **Part 3: Identify the other parties to the appeal**

4. List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| Ernesto Simpson | Pro, Se<br>Ernesto Simpson<br>8202 Terra Valley Lane<br>Tomball Tx, 77375 |
|  |  |

4. **Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

 X Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Respectfully submitted

**/s/ Ernesto Simpson**
Ernesto Simpson Pro, Se
8202 Terra Valley Lane
Tomball Tx. 77375

### CERTIFICATE OF SERVICE

 I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Appeal via Electronic Filing on all creditors on January 27, 2026.

**/s/ Ernesto Simpson**