UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: EARNESTO SIMPSON,
*Debtor*.

Bankruptcy Case No. 25-11742 (JLG)

EARNESTO SIMPSON,
*Appellant*,
v.
KENNETH SILVERMAN,
*Appellee*.

Appellate Case No. 26-cv-01084(MMG)

**FORMER INTERIM CHAPTER 7 TRUSTEE'S NOTICE OF NON-PARTICIPATION**

Kenneth Silverman, the court-appointed former interim Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Earnesto Simpson, hereby submits this Notice of Non-Participation in the above-captioned appeal, and respectfully states as follows:

1. On September 24, 2025, Earnesto Simpson (the "Appellant") filed a Motion to Dismiss his Chapter 7 bankruptcy case Bankruptcy Case No. 25-11742 (JLG)).

2. On January 7, 2026, the United States Bankruptcy Court for the Southern District entered an Order Granting Appellant's Motion to Dismiss his Chapter 7 Case (the "Dismissal Order").

3. Following the entry of the Dismissal Order, the Trustee filed his Chapter 7 Trustee's Report of No Distribution in a Dismissed Case on January 8, 2026.

4. Concurrently, the Bankruptcy Court entered an Order Discharging Trustee, effectively discharging the Trustee of all administrative duties and closing the estate.

5. Because the underlying bankruptcy case has been dismissed and the Trustee has been formally discharged, the Trustee no longer has a legal, pecuniary, or administrative interest in this matter.

6. Accordingly, the Trustee lacks standing to respond as an Appellee and will not be filing a brief or otherwise participating in this appeal.

Dated: August 18, 2026
Jericho, New York

Respectfully submitted,

*s/ Kenneth Silverman*
Kenneth Silverman